**Mona E. O'CONNOR, Appellant–Respondent,**

v.

**James C. NELSON, et al., Respondent–Appellants.**

**Nos. WD 74594, WD 74641.**

Missouri Court of Appeals, Western District.

April 2, 2013.

---

Joni S. Cole, Kansas City, for Appellant–Respondent.

Jon M. Krebbs, Liberty, for Respondent–Appellants.

Before Division One: MARK D. PFEIFFER, Presiding Judge, VICTOR C. HOWARD, Judge and ALOK AHUJA, Judge.

## ORDER

PER CURIAM:

Mr. Nelson appeals and Ms. O'Connor cross-appeals the amended judgment of the trial court, which found that there was an implied easement over a circular driveway that runs across both Mr. Nelson's property and Ms. O'Connor's and that Ms. O'Connor abandoned her claim under the Missouri Merchandising Practices Act.

The judgment is affirmed. Rule 84.16(b).